JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

NALIN TIWARY, et al.

Plaintiffs,

v.

JOSEPH EDLOW, et al.,

Defendants.

No. 2:26-cv-00322-JAK-PDx

**ORDER RE ORDER GRANTING STIPULATION FOR DISMISSAL WITHOUT PREJUDICE (DKT. 23)**

**JS-6: CASE CLOSED**

Based on a review of the Stipulation for Dismissal Without Prejudice (the "Stipulation" (Dkt. 23)), sufficient good cause has been shown for the requested relief. Accordingly, the Stipulation entered into by plaintiffs Mr. Nalin Tiwary ("Mr. Tiwary" or "Lead Plaintiff" or "Plaintiff 1"), Ms. Ria Bhatnagar ("Ms. Bhatnagar" or "Plaintiff 2"), Mr. Avijit Singh ("Mr. Singh" or "Plaintiff 3"); Mr. Varun Venkataraman ("Mr. Venkataraman" or "Plaintiff 4"); Mr. Abhishek Sinha ("Mr. Mathew" or "Plaintiff 5"); Ms. Rajni Girish LNU ("Ms. Rajni" or "Plaintiff 6"); Mr. Akshun Gupta ("Mr. Gupta" or "Plaintiff 7"); and, Mr. Karan Sil ("Mr. Sil" or "Plaintiff 8"), (collectively "Plaintiffs") and defendants Joseph EDLOW, in his Official Capacity, Director, USCIS and Tracy TARANGO, in her Official Capacity, Director, California Field Office (collectively "Defendants") (collectively with the Plaintiffs, the "Parties") is **APPROVED**, as follows.

1. Defendants Joseph EDLOW, in his Official Capacity, Director, USCIS and Tracy TARANGO, in her Official Capacity, Director, California Field Office, are DISMISSED as parties to this lawsuit without prejudice; and

2. The Parties shall each bear their own costs, fees and expenses.

**IT IS SO ORDERED.**

Dated: June 29, 2026

_____
John A. Kronstadt
United States District Judge